IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| NANCY LORRAINE MCDOWELL, | : | Case No. 19-62803-LRC |
|     Debtor | | |
| | : | |
| FARMERS HOME FURNITURE, | | |
|     Movant | : | |
| v. | | |
| | : | |
| NANCY LORRAINE MCDOWELL, | | |
|     Respondent | : | |

<u>NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

PLEASE TAKE NOTICE THAT FARMERS HOME FURNITURE HAS FILED A MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND RELATED PAPERS WITH THE COURT SEEKING AN ORDER LIFTING THE STAY.

PLEASE TAKE FURTHER NOTICE THAT THE COURT WILL HOLD A HEARING ON THE MOTION FOR RELIEF IN THE UNITED STATES BANKRUPTCY COURT, ATLANTA DIVISION, COURT ROOM 1204, UNITED STATES COURTHOUSE, 75 TED TURNER DRIVE, SW, ATLANTA, GEORGIA AT **<u>10:00 A.M. ON OCTOBER 24, 2019.</u>**

**<u>YOUR RIGHTS MAY BE AFFECTED.</u>** **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)** IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF SOUGHT IN THESE PLEADINGS, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION FOR RELIEF, THEN YOU OR YOUR ATTORNEY MUST APPEAR IN COURT FOR THE HEARING SCHEDULED. YOU MAY ALSO FILE A WRITTEN RESPONSE TO THE PLEADING WITH THE CLERK AT THE ADDRESS STATED BELOW, BUT YOU ARE NOT REQUIRED TO DO SO. IF YOU FILE A WRITTEN RESPONSE, YOU MUST ATTACH A CERTIFICATE STATING WHEN, HOW AND ON WHOM (INCLUDING ADDRESSES) YOU SERVED THE RESPONSE. MAIL OR DELIVER YOUR RESPONSE SO THAT IT IS RECEIVED BY THE CLERK AT LEAST TWO BUSINESS DAYS BEFORE THE HEARING. THE ADDRESS OF THE CLERK'S OFFICE IS CLERK, U.S. BANKRUPTCY COURT, SUITE 1340, 75 TED TURNER DRIVE, ATLANTA, GEORGIA 30303. YOU MUST ALSO MAIL A COPY OF YOUR RESPONSE TO THE UNDERSIGNED AT THE ADDRESS STATED BELOW.

IN THE EVENT A HEARING CANNOT BE HELD WITHIN THIRTY (30) DAYS FROM THE DATE OF FILING SAID MOTION, MOVANT, BY AND THROUGH ITS COUNSEL, WAIVES THIS REQUIREMENT AND AGREES TO THE NEXT EARLIEST POSSIBLE DATE.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION FOR RELIEF.

DATED: September 24, 2019.

*/s/ Emmett L. Goodman, Jr.*
EMMETT L. GOODMAN, JR.
ATTORNEY FOR MOVANT
544 MULBERRY STREET, STE. 800
MACON, GEORGIA 31201
TELEPHONE: (478) 745-5415
EMAIL: bkydept@goodmanlaw.org

M. REGINA THOMAS, CLERK
UNITED STATES BANKRUPTCY COURT
SUITE 1340, 75 SPRING STREET
ATLANTA, GEORGIA 30303
TELEPHONE: (404) 215-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| NANCY LORRAINE MCDOWELL,  Debtor | : | Case No. 19-62803-LRC |
| | : | |
| FARMERS HOME FURNITURE,  Movant | : | |
| v. | | |
| | : | |
| NANCY LORRAINE MCDOWELL,  Respondent | : | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF 30-DAY HEARING REQUIREMENT

COMES NOW, FARMERS HOME FURNITURE, Movant as set forth above, and files this, its Motion for Relief from the Automatic Stay of these proceedings, and respectfully shows the Court the following:

1.

This motion is made under Section 362(d) of the Bankruptcy Code for relief from the existing stay for the purpose of proceeding with the repossession and sale of its property as provided by law.

2.

The Movant is a secured creditor, secured by a Whirlpool dryer, United bed, United dresser, two (2) United chests, Mickey Mouse child's recliner, Audio Canary, and Frigidaire washer and dryer as evidenced by Movant's supporting documents attached hereto as Exhibit "A". Movant currently has a claim in the amount of $3,703.06.

3.

The Movant herein asserts the debtor's Chapter 7 proceeding was filed with the Court on August 14, 2019.

4.

Movant asserts the debtor has defaulted in making the required payments to Farmers Home Furniture with the loan being due for the September 1, 2019 installment in the amount of $191.00, which includes one (1) payment of $191.00.

5.

Movant, Farmers Home Furniture, shows the debtor has failed to sign a Reaffirmation Agreement on this indebtedness.

6.

Movant shows the value of the collateral is approximately $3,511.00.

7.

Petitioner asserts the debtors have not acted in good faith with the petitioner nor with the Court with the petitioner therefore being entitled to relief from the automatic stay provisions of the Bankruptcy Code in order to proceed with the remedies provided by law.

8.

Good cause exists, including the lack of adequate protection, to grant Farmers Home Furniture relief from the automatic stay.

9.

Movant asserts its collateral is depreciating through use and over time at a rate far exceeding the amount being paid by the debtor on its indebtedness.

10.

In the event a hearing cannot be held within thirty (30) days from the date of filing said motion, Movant, by and through its counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by the signature below.

11.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant, Farmers Home Furniture, respectfully requests:

(a) That there be an Order issued relieving it from the stay and authorizing the Movant to proceed with the remedies provided by law;

(b) That Movant be awarded costs and attorney's fees for this action; and

(c) That Movant have such other and further relief as is just and proper.

*/s/ Emmett L. Goodman, Jr.*
EMMETT L. GOODMAN, JR.
Bar No. 301000
Attorney for Farmers Home Furniture,

544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

<u>CERTIFICATE OF SERVICE</u>

I, Emmett L. Goodman, Jr., do certify that I am over the age of 18 and that I have served the debtor and the Chapter 7 Trustee with a true and correct copy of the within and foregoing Notice of Hearing and Motion for Relief by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Nancy Lorraine McDowell
Apt# 623
900 Legacy Park Drive
Lawrenceville, GA 30043

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

This 24th day of September, 2019.


/s/ Emmett L. Goodman, Jr.
EMMETT L. GOODMAN, JR.
Bar No. 301000
Attorney for Farmers Home Furniture

544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org